ALSUP *v.* STATE.

(In Banc. Feb. 10, 1936.)

[165 So. 616. No. 31959.]

S. C. Mims, Jr., and W. M. Mitchell, both of Grenada, for appellant.

No briefs filed.

Ethridge, J., delivered the opinion of the court.

Robert Alsup was indicted and convicted for the murder of George Kilgore in Grenada, Mississippi, and sentenced to death, from which conviction he has appealed to this court.

The record is here without any assignment of error or brief.

We have read the indictment, the evidence, and the instructions to the jury, and find no reversible error, and the judgment of the court below will be affirmed.

Affirmed, and Thursday, March 19, 1936, fixed as the date of execution.